UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY DORSEY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, and DOES 1 to 100,<br><br>　　　　Defendants. | No. 2:15-cv-02126-GEB-CKD<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Plaintiff's October 13, 2015 "Application to Proceed without Prepayment of Fees and Affidavit," (ECF No. 2), seeking approval under 28 U.S.C. § 1915 to proceed in this case *in forma pauperis* is granted.

Dated: October 14, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge