1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   KIMBERLY DORSEY,                    No. 2:15-CV-2126 KJM CKD

12              Plaintiff,

13        v.                             STATUS (PRETRIAL SCHEDULING)

14   METROPOLITAN LIFE INSURANCE         ORDER
     COMPANY, and DOES 1 to 100,
15
               Defendants.
16

17

18

19            An initial scheduling conference was held in this ERISA case on January 21, 2016.

20   David Allen appeared for plaintiff; Robert Hess appeared telephonically for defendant.

21            Having reviewed the parties' Joint Status Report filed on January 5, 2016, and

22   discussed a schedule for the case with counsel at the hearing, the court makes the following

23   orders:

24   I.        SERVICE OF PROCESS

25            All named defendants have been served and no further service is permitted without

26   leave of court, good cause having been shown.

27   /////

28   /////

                                    1

II.     ADDITIONAL PARTIES/AMENDMENTS/PLEADINGS

        No further joinder of parties or amendments to pleadings is permitted without leave of court, good cause having been shown.  *See* Fed. R. Civ. P. 16(b); *Johnson v. Mammoth Recreations, Inc*., 975 F.2d 604 (9th Cir. 1992).

III.    JURISDICTION/VENUE

        Jurisdiction is predicated upon 29 U.S.C. § 1001.   Jurisdiction and venue are not disputed.

IV.     DISCOVERY

        Initial disclosures as required by Federal Rule of Civil Procedure 26(a), including provision of the administrative record, shall be completed by **February 28, 2016**.  Any additional discovery shall be completed by **May 29, 2016**.

V.      MOTION HEARING SCHEDULE

        This matter will be decided by cross-motions for judgment under Rule 52 of the Federal Rules of Civil Procedure.

-   Cross-motions shall be filed no later than **September 16, 2016**.
-   Responsive pleadings shall be filed no later than **October 7, 2016**.
-   Hearing on cross-motions is set for **November 18, 2016** at 10:00 a.m. in Courtroom No. 3.

VI.     SETTLEMENT CONFERENCE

        The parties will engage in settlement discussions informally and if they are unable to resolve their dispute they will agree to participate in an agreed upon alternative dispute resolution (ADR).  The parties shall inform the court of the results of their mediation efforts by **August 19, 2016**.

        In the event that a court settlement conference date or referral to the Voluntary Dispute Resolution Program (VDRP) is requested, the parties shall file said request jointly, in writing.

        Counsel are instructed to have a principal with full settlement authority present at any Settlement Conference or to be fully authorized to settle the matter on any terms.  Each judge

has different requirements for the submission of settlement conference statements; the appropriate

instructions will be sent to you after the settlement judge is assigned.

VII.     MODIFICATION OF STATUS (PRETRIAL SCHEDULING) ORDER

The parties are reminded that pursuant to Rule 16(b) of the Federal Rules of Civil

Procedure, the Status (Pretrial Scheduling) Order shall not be modified except by leave of court

upon a showing of good cause.  Agreement by the parties pursuant to stipulation alone does not

constitute good cause.  Except in extraordinary circumstances, unavailability of witnesses or

counsel does not constitute good cause.

VIII.    OBJECTIONS TO STATUS (PRETRIAL SCHEDULING) ORDER

This Status Order will become final without further order of the court unless

objections are filed within fourteen (14) *calendar* days of service of this Order.

IT IS SO ORDERED.

DATED:  February 3, 2016

_____

UNITED STATES DISTRICT JUDGE